ERNEST L. HENTON, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 24508.    Promulgated January 19, 1928.

*L. A. Rowland, Esq.*, and *E. R. Willson, C. P. A.*, for the petitioner.
*Shelby S. Faulkner, Esq.*, for the respondent.

OPINION.

MILLIKEN: The parties having filed a stipulation relative to errors (1) and (2), there is left for consideration only the question of the taxability of the net income received as a lessee in the year 1920 from the oil and gas lease here in question. In *Terrell Co. v. Commissioner*, 9 B. T. A. 1131, we considered the same question and upon gravity of the decision of the United States Supreme Court in the

case of *Heiner* v. *Colonial Trust Co.*, 275 U. S. 232, we held the net income received to be taxable.

*Judgment will be entered on 15 days' notice, under Rule 50.*